RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ALLIE WILSON
Assistant Federal Public Defender
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org

Attorney for JEFF RICHARD STEWART

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFF RICHARD STEWART,<br><br>　　　　Defendant. | Case No. 3:12-cr-00001-RCJ-CSD<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING<br>(FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for JEFF RICHARD STEWART and United States Attorney JASON M. FRIERSON, Assistant United States Attorney SUPRIYA PRASAD, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for March 14, 2023, at 12:30 PM, be vacated and continued to April 18, 2023, at 10:00 AM.

　　　　This Stipulation is entered into for the following reasons:

1.　　Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Stewart is currently detained.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 7th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for ANDREW STEWART | By  /s/ Supriya Prasad<br>SUPRIYA PRASAD<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for March 14, 2023, at 12:30 PM, be vacated and continued to April 18, 2023, at 10:00 AM by video conference in Courtroom to be determined before Judge Robert C. Jones.

DATED this  8th  day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE